# Payslip

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tanisha Johnson | C | BW |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 6 | | Nonexempt Hourly |
| **Hire Date** | **Job Title** | **Legal Employer** |
| 28-Nov-2016 | Behavioral Health Technician | Birmingham Holdings, LLC |
| **Employee Address** | **Position** | **Legal Employer Address** |
| 549 Fox Run Cir<br>Pell City, AL 35125<br>US | Behavioral Health Tech | 3690 Grandview Parkway<br>Birmingham, AL 35243<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 4/6/2025 | 4/19/2025 | 4/25/2025 | 21.00 |

## Summary

| Description | | Current | Year to Date |
|---|---|---|---|
| Gross Pay | | 2,625.49 | 23,884.08 |
| Pretax Deductions | | 96.52 | 868.68 |
| Employee Tax Deductions | | 297.88 | 2,617.40 |
| Voluntary Deductions | | 0.00 | 223.83 |
| Net Payment | | 2,231.09 | 20,174.17 |

## Earnings

| Element Name | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday | | | 0.00 | 168.01 |
| In Service Training | .5 | 21.00 | 10.50 | 31.50 |
| Incentive Shift 16_00 | 23.5 | 16.00 | 376.00 | 3,412.00 |
| Incentive Shift 2_00 | | | 0.00 | 23.00 |
| Overtime Adjustment | | | 0.00 | 35.76 |
| Overtime Pay | 14 | 21.00 | 294.02 | 3,391.79 |
| Overtime Premium Pay | 8 | 25.82 | 103.30 | 2,280.26 |
| | 6 | 26.18 | 78.53 | |
| PTO | | | 0.00 | 680.67 |
| Regular Pay | 79.5 | 21.00 | 1,669.64 | 12,926.58 |
| Shift 2 Pay | .25 | 1.00 | 0.25 | 0.25 |
| Shift 3 Pay | 30.25 | 1.00 | 30.25 | 339.25 |
| Shift 5 Pay | | | 0.00 | 5.50 |
| Shift 6 Pay | 63 | 1.00 | 63.00 | 432.00 |
| Training Off Site | | | 0.00 | 157.51 |

## Hours

| Description | | Current | Year to Date |
|---|---|---|---|
| Low Census Hours Worked | | 1.75 | 1.75 |
| Total Hours | | 94.00 | 826.41 |

## Pretax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Dental Plan | | 30.60 | 275.40 |
| Medical Plan Self Funded | | 52.25 | 470.25 |
| Short Term Disability | | 9.42 | 84.78 |
| Voluntary Long Term Disab | | 4.25 | 38.25 |

## Other Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Gift Shop Charge 2 | | 0.00 | 8.16 |
| Meals | | 0.00 | 215.67 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Head of household | 20,000.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| AL | H - Head of household | 7 | 0.00 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 156.79 | 1,426.95 |
| Medicare Employee Withheld | 36.67 | 333.72 |
| SIT Withheld (AL) | 79.13 | 626.56 |
| City Withheld (AL,Jefferson,Birmingham) | 25.29 | 230.17 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 803989073 | THE BANCORP BANK | THE BANCORP BANK 031101279 | XXXXXXXX8798 | USD | 1.00 |
| 803989183 | WOODFOREST NATIONAL BANK | WOODFOREST NATIONAL BANK 314972853 | XXXXXX5274 | USD | 2,230.09 |

| Absence Accrual Type | Accrued for Pay Period | Time Taken YTD | Available Balance |
|---|---|---|---|
| PTO Bank | 4.0000 | 32.4167 | 6.3172 |
| EIB Bank | 2.4667 | 0.0000 | 60.7494 |

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tanisha Johnson | | BW |
| Person Number | Assignment Number | Salary Basis Name |
| | | Nonexempt Hourly |
| Hire Date | Job Title | Legal Employer |
| 28-Nov-2016 | Behavioral Health Technician | Birmingham Holdings, LLC |
| Employee Address | Position | Legal Employer Address |
| 549 Fox Run Cir<br>Pell City, AL 35125<br>US | Behavioral Health Tech | 3690 Grandview Parkway<br>Birmingham, AL 35243<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3/23/2025 | 4/5/2025 | 4/11/2025 | 21.00 |

### Summary

| Description | | Current | Year to Date |
|---|---|---|---|
| Gross Pay | | 1,000.16 | 21,258.59 |
| Pretax Deductions | | 96.52 | 772.16 |
| Employee Tax Deductions | | 91.12 | 2,319.52 |
| Voluntary Deductions | | 0.00 | 223.83 |
| Net Payment | | 812.52 | 17,943.08 |

### Earnings

| Element Name | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday | | | 0.00 | 168.01 |
| In Service Training | | | 0.00 | 21.00 |
| Incentive Shift 16_00 | | | 0.00 | 3,036.00 |
| Incentive Shift 2_00 | | | 0.00 | 23.00 |
| Overtime Adjustment | | | 0.00 | 35.76 |
| Overtime Pay | | | 0.00 | 3,097.77 |
| Overtime Premium Pay | | | 0.00 | 2,098.43 |
| PTO | 16.98 | 21.00 | 356.61 | 680.67 |
| Regular Pay | 29.25 | 21.00 | 614.30 | 11,256.94 |
| Shift 3 Pay | 4 | 1.00 | 4.00 | 309.00 |
| Shift 5 Pay | 5.5 | 1.00 | 5.50 | 5.50 |
| Shift 6 Pay | 19.75 | 1.00 | 19.75 | 369.00 |
| Training Off Site | | | 0.00 | 157.51 |

### Hours

| Description | | Current | Year to Date |
|---|---|---|---|
| Total Hours | | 46.23 | 732.41 |

### Pretax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Dental Plan | | 30.60 | 244.80 |
| Medical Plan Self Funded | | 52.25 | 418.00 |
| Short Term Disability | | 9.42 | 75.36 |
| Voluntary Long Term Disab | | 4.25 | 34.00 |

### Other Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Gift Shop Charge 2 | | 0.00 | 8.16 |
| Meals | | 0.00 | 215.67 |

## Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Head of household | 20,000.00 | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| AL | H - Head of household | 7 | 0.00 |

## Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 56.03 | 1,270.16 |
| Medicare Employee Withheld | 13.10 | 297.05 |
| SIT Withheld (AL) | 12.95 | 547.43 |
| City Withheld (AL,Jefferson,Birmingham) | 9.04 | 204.88 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 716764671 | THE BANCORP BANK | THE BANCORP BANK 031101279 | XXXXXXXX8798 | USD | 812.52 |

| Absence Accrual Type | Accrued for Pay Period | Time Taken YTD | Available Balance |
|---|---|---|---|
| PTO Bank | 2.3139 | 32.4167 | 2.3172 |
| EIB Bank | 1.4217 | 0.0000 | 58.2828 |

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tanisha Johnson | | BW |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | | Nonexempt Hourly |
| **Hire Date** | **Job Title** | **Legal Employer** |
| 28-Nov-2016 | Behavioral Health Technician | Birmingham Holdings, LLC |
| **Employee Address** | **Position** | **Legal Employer Address** |
| 549 Fox Run Cir | Behavioral Health Tech | 3690 Grandview Parkway |
| Pell City, AL 35125 | | Birmingham, AL 35243 |
| US | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3/9/2025 | 3/22/2025 | 3/28/2025 | 21.00 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Pay | 3,937.20 | 20,258.43 |
| Pretax Deductions | 96.52 | 675.64 |
| Employee Tax Deductions | 430.15 | 2,228.40 |
| Voluntary Deductions | 32.59 | 223.83 |
| Net Payment | 3,377.94 | 17,130.56 |

### Earnings

| Element Name | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday | | | 0.00 | 168.01 |
| In Service Training | | | 0.00 | 21.00 |
| Incentive Shift 16_00 | 47 | 16.00 | 752.00 | 3,036.00 |
| Incentive Shift 2_00 | | | 0.00 | 23.00 |
| Overtime Adjustment | | | 0.00 | 35.76 |
| Overtime Pay | 39 | 21.00 | 819.07 | 3,097.77 |
| Overtime Premium Pay | 8.5 | 25.96 | 110.33 | 2,098.43 |
| | 30.5 | 29.94 | 456.66 | |
| PTO | | | 0.00 | 324.06 |
| Regular Pay | 80 | 21.00 | 1,680.14 | 10,642.64 |
| Shift 3 Pay | 55.25 | 1.00 | 55.25 | 305.00 |
| Shift 6 Pay | 63.75 | 1.00 | 63.75 | 349.25 |
| Training Off Site | | | 0.00 | 157.51 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Total Hours | 119.00 | 686.18 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental Plan | 30.60 | 214.20 |
| Medical Plan Self Funded | 52.25 | 365.75 |
| Short Term Disability | 9.42 | 65.94 |
| Voluntary Long Term Disab | 4.25 | 29.75 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Gift Shop Charge 2 | 0.00 | 8.16 |
| Meals | 32.59 | 215.67 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|

Case 25-40591-JJR13   Doc 6   Filed 05/02/25   Entered 05/02/25 12:24:50   Desc Main
Document      Page 5 of 6

| FEDERAL | Head of household | 20,000.00 | 0.00 |
|---|---|---|---|

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| AL | H - Head of household | 7 | 0.00 |

## Tax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Social Security Employee Withheld | | 238.12 | 1,214.13 |
| Medicare Employee Withheld | | 55.69 | 283.95 |
| SIT Withheld (AL) | | 97.93 | 534.48 |
| City Withheld (AL,Jefferson,Birmingham) | | 38.41 | 195.84 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 626595722 | THE BANCORP BANK | THE BANCORP BANK 031101279 | XXXXXXXX8798 | USD | 3,377.94 |

| Absence Accrual Type | Accrued for Pay Period | Time Taken YTD | Available Balance |
|---|---|---|---|
| PTO Bank | 4.0000 | 15.4333 | 16.9867 |
| EIB Bank | 2.4667 | 0.0000 | 56.8611 |