**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Tanisha T. Johnson | § | |
| | § | |
| | § | CASE NO: 25-40591 |
| DEBTOR(S) | § | CHAPTER 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS**

Comes now, Linda B. Gore, Trustee in this Chapter 13 Case, and objects to confirmation of the plan and moves to dismiss this case for the following reasons:

**1. Debtor failed to attend the 341 meeting of creditors (reset 6/13/2025).**

**2. Court needs to establish that cause exists to extend the term of the plan longer than 36 months.**

**3. Pursuant to 11 U.S.C. §1325(b)(1), the debtor(s) may not be offering all of her disposable income in that she is not receiving child support.**

**4. Pursuant to 11 U.S.C. §1325(a)(3), the plan may not be proposed in good faith. Debtor has had prior filings.**

**5. Pursuant to 11 U.S.C. §1325(a)(6), it does not appear the debtor will be able to comply with the plan (delinquent $494.00) (total paid in $0).**

**6. For informational purposes, the percent to unsecured claimholders is 100%.**

Respectfully submitted on the 6th day of June, 2025.

/s/ Linda B. Gore
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, AL 35902
(256) 546-9262

**CERTIFICATE OF SERVICE**

I, Linda B. Gore, hereby certify that the above document has been filed with the Clerk of the Court for immediate electronic service upon debtor(s) attorney, Eric Heath Johnson at ericheathjohnson@ehjattorney.com on this the 6th day of June, 2025.

/s/ Linda B. Gore
LINDA B. GORE, TRUSTEE