UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TARNISHA T. JOHNSON, | ) | CASE NO: 25-40591-JJR13 |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO CLAIM

COMES NOW the debtor by and through her Attorney of Record, Eric Heath Johnson, and objects to the following claim:

| Claim Nos: | Claimant | Amount |
|---|---|---|
| 2 | Credit Acceptance Corporation | $ 1,886.95 |

Specific Basis for Objection

1. Claim Number Two (02) is a secured claim filed by Credit Acceptance Corporation for a 2014 Chevrolet Malibu on May 13. 2025;

2. The debtor's Plan proposes to surrender her interest in the vehicle that is in the co-signer's (Patricia Marsh) possession and the co-signer is continuing to make monthly car payments on this vehicle outside of the Plan;

Wherefore, debtor requests that this Honorable Court disallow Claim Number Two (02) filed by Credit Acceptance Corporation or treat this claim as informational only and for such other further relief as this Court deems mete and proper.

/s/ Eric Heath Johnson
ERIC HEATH JOHNSON
Attorney for Debtor
5280 Old Springville Road
Suite 100
Pinson, AL 35126
(205) 706-1185

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtor's Objection to Claim has been served on Linda B. Gore, Standing Chapter 13 Trustee, by electronic notification and Credit Acceptance Corporation by mailing a copy of same in the U.S. Mail, postage prepaid and properly addressed to their regular mailing address.

Linda B. Gore
Chapter 13 Trustee
PO Box 1338
Gadsden, AL 35902

Credit Acceptance Corporation
25505 W 12 Mile Road
Southfield, MI 48034

Dated this the 15th day of August, 2025.

/s/ Eric Heath Johnson
ERIC HEATH JOHNSON