UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TARNISHA T. JOHNSON, | ) | CASE NO: 25-40591-JJR13 |
| | ) | |
| Debtor. | ) | |

**OBJECTION TO CLAIM**

COMES NOW Tarnisha T. Johnson, the debtor in the above-styled case, by and through her attorney of record, and hereby objects to Claim Number Four (04) filed by Family Security Credit Union. As grounds therefor, the debtor would aver to the following:

1. Family Security Credit Union filed an unsecured nonpriority Claim Number Four (04) in the amount of $ 486.83 in the above styled case on May 30, 2025;

2. Per the Proof of Claim Account Claim Statement the last payment or activity on this account by the debtor was on **February 16, 2019**;

3. Claim Number Four (04) filed by Family Security Credit Union is not legally enforceable against the debtor as the statute of limitations has expired.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that Claim Number Four (04) filed by Family Security Credit Union be disallowed and for such further relief as this Court deems necessary and just.

Respectfully submitted,

/s/ Eric Heath Johnson
Eric Heath Johnson
Attorney for the Debtor
5280 Old Springville Road
Suite 100
Pinson, AL 35126
(205) 706-1185

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Trustee and upon the Creditor by electronic notification and/or by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed this 15th day of August, 2025.

Linda B. Gore
Chapter 13 Trustee
PO Box 1338
Gadsden, AL 35902

Family Security Credit Union
2204 Family Security Place SW
Decatur, AL 35603

Kathryn M. Grafton
Chambless, Math & Carr PC
PO Box 230759
Montgomery, AL 36123

/s/ Eric Heath Johnson
Eric Heath Johnson