UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | Tanisha T. Johnson | § | |
| | | § | |
| | | § | CASE NO: 25-40591 |
| | DEBTOR(S) | § | CHAPTER 13 |

**AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS**

Comes now, Linda B. Gore, Trustee in this Chapter 13 Case, and objects to confirmation of the plan and moves to dismiss this case for the following reasons:

**1. If debtor's Objections to Claim #2 of creditor, Credit Acceptance, Claim #4 of Family Security and Claim #6 of LVNV are not sustained, the plan would be inconsistent with the claims allowance.**

**2. Court needs to establish that cause exists to extend the term of the plan longer than 36 months.**

**3. Pursuant to 11 U.S.C. §1325(b)(1), the debtor(s) may not be offering all of her disposable income in that she is not receiving child support.**

**4. Pursuant to 11 U.S.C. §1325(a)(3), the plan may not be proposed in good faith. Debtor has had prior filings.**

**5. Pursuant to 11 U.S.C. §1325(a)(6), it does not appear the debtor will be able to comply with the plan (delinquent $1,480.00) (total paid in $2,472.00).**

**6. For informational purposes, the percent to unsecured claimholders is 100%.**

Respectfully submitted on the 15th day of September, 2025.

/s/ Linda B. Gore
LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P. O. Box 1338
Gadsden, AL 35902
(256) 546-9262

**CERTIFICATE OF SERVICE**

I, Linda B. Gore, hereby certify that the above document has been filed with the Clerk of the Court for immediate electronic service upon debtor(s) attorney, Eric Heath Johnson at ericheathjohnson@ehjattorney.com on this the 15th day of September, 2025.

/s/ Linda B. Gore
LINDA B. GORE, TRUSTEE