IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Tanisha T. Johnson | ) | CASE NO.: 25-40591 |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR(S) | | |

## NOTICE OF WITHDRAWAL

**COMES NOW,** Linda B. Gore, Chapter 13 Trustee, and withdraws the:

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

Filed by her in the above-styled case on or about **6/6/2025 and amended 9/15/2025 (Dkt #43).**

**DONE,** this the 29th day of September, 2025.

/s/ Linda B. Gore
LINDA B. GORE, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P. O. Box 1338
Gadsden, Alabama 35902-1338
(256) 546-9262

## CERTIFICATE OF SERVICE

I, Linda B. Gore, hereby certify that the above document has been on this day, filed with the Clerk for immediate electronic service on debtor(s) attorney, Eric Heath Johnson at ericheathjohnson@ehjattorney.com on this the 29th day of September, 2025.

/s/ Linda B. Gore
LINDA B. GORE, TRUSTEE