IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TANISHA T. JOHNSON, | ) | CASE NO: 25-40591-JJR13 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF AMENDED OBJECTION TO CLAIM**

COMES NOW, Tanisha T. Johnson, the debtor in the above-styled case, by and through her attorney of record, Eric Heath Johnson, and respectfully requests that this Honorable Court allow the debtor to withdraw her Amended Objection To Claim Two (02) filed by Credit Acceptance Corporation which is currently set to be heard on October 2, 2025 at 10:15.

WHEREFORE, the debtor hereby gives notice of her withdrawal of the aforementioned objection to claim.

Respectfully submitted,

September 30, 2025
Date

/s/ Eric Heath Johnson
Eric Heath Johnson
Attorney for Debtor
5280 Old Springville Road
Suite 100
Pinson, AL 35126
(205) 706-1185

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Notice of Withdrawal of Amended Objection to Claim Number Two upon Linda B. Gore, Standing Trustee and Credit Acceptance by by placing a copy of the same in the United States Mail with postage prepaid and properly addressed on this the 30th day of September 30, 2025.

Linda B. Gore
Chapter 13 Trustee
PO Box 1338
Gadsden, AL 35902

Credit Acceptance Corp.
25505 W 12 Mile Road
Southfield, MI 48034

/s/ Eric Heath Johnson
ERIC HEATH JOHNSON