THE HONORABLE JAMES J. ROBINSON, PRESIDING
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION**
ANNISTON CALENDAR Hearing Room: Room 307 (JJR)

9:29 CONFIRMATION SHORTLIST FOR Thursday, October 2, 2025

**25-41069 Heather Ann Rowan**
**24-41112 Salina Kochi O'Brian**
**25-40733 Tenisha L. Hale**
**25-40971 Frederick Patterson and Cecelia Patterson**
**25-40864 Dennis Hurst and Patricia Hurst**
**25-40980 Amber Bell**
**25-41038 Ebony R. Forman**
**25-40591 Tanisha T. Johnson**
**25-40897 Devon D Cannon**
**25-41041 Louis Lavon Wilson**
**25-40886 Koby Blake Ramsey**
**25-40929 Christina Michelle Harper**
**25-40993 Tiffany Mae Horton**
**25-40605 Jason Keith Lauderdale and Ashley Danyale Lauderdale**
**25-40728 Jarrod Wayne Walden and Ashley Christine Walden**
**25-40769 Abria Earl Layton and Barbara Ann Layton**
**25-40810 Osiris Farrod Muhammad**
**25-40818 Reginald Dean Jones**
**25-40831 Cheryl Ann Beliveau**
**25-40832 Joseph Matthew Ingram and Misty Sharp Ingram**
**25-40960 Courial Nicole Barfield**
**25-40968 Willie Ralph King, Jr.**
**25-41017 Quanzie Sanders and Areco Sanders**
**25-41022 Kevin Mark Gregerson**
**25-41034 Gabriel Nicole Paige**
**25-40890 Timothy Mark Burgett**
**25-40880 Jeff Cribbs**
**25-41037 Kiera Lashay Gaddis**
**25-40807 Kerry Randall Leek**
**25-40835 Brandy Turner Graham**
**25-40915 Tammy Renee Hill**
**25-40924 Hailey Breanna Cooper**
**25-40976 Andreka Deann Harbour**
**25-40991 Ashley Nicole Tinker Johnson**
**25-41023 Amy Barron Holder**
**25-41026 Lameika Fayonne Strode**
**25-41046 Samuel Thomas Glosson and Emma Brooke Glosson**
**25-41047 Michael Alexander Nelson and Katelin Cheyenne Nelson**
**25-41049 Nikida Racine Horton**
**25-41057 Shauntavious Cordez Ruffin**
**25-41085 Tevin Montrez Jones**
**25-40860 Joseph Kenneth Adams, III**
**25-40934 Marsha Collins Becker**
**25-41071 Robert Ivie Johnson, Jr.**

**The chapter 13 trustee will submit the confirmation order.**