# Notice Recipients

District/Off: 1126−1 User: admin Date Created: 10/3/2025
Case: 25−40591−JJR13 Form ID: pdfcfm Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
11614717 Tanisha T. Johnson

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr Linda Baker Gore noticetrustee@ch13gadsden.com
aty Eric Heath Johnson ericheathjohnson@ehjattorney.com
aty Kathryn Grafton kgrafton@chambless−math.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Tanisha T. Johnson 549 Fox Run Circle Pell City, AL 35125
cr Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
11614723 AT&T Mobility PO Box 536216 Atlanta GA 30353−6216
11614718 Aaron's 503 Martin Street Pell City AL 35125−0000
11635489 Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons 400 Galleria Parkway, SE Suite 300 Atlanta, GA 30339
11614722 After Pay 1955 Broadway Suite 204 Oakland CA 94612−0000
11614724 Atlas Rental Property 2015 3rd Avenue N Suite 100 Birmingham AL 35203−0000
11614719 Bridgecrest 7300 E. Hampton Avenue Suite 101 Mesa AZ 85209−0000
11632431 Bridgecrest Acceptance Corporation c/o AIS Portfol 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
11614725 Charter Spectrum 4145 S Falkenburg Road Riverview FL 33578−8652
11614726 Childersburg Housing Authority 250 6th Ave SW Moody AL 35004−0000
11614727 Coosa Pines Federal Credit Union 33710 US Hwy 280 Childersburg AL 35044−0000
11614720 Credit Acceptance Corporation 25505 West 12 Mile Road Suite 3000 Southfield MI 48034−0000
11614728 Family Security Credit Union 2204 Family Security Place SW Decatur AL 35603−0000
11614721 Farmers Furniture Bankruptcy Central P.O. Box 1140 Dublin GA 31040−0000
11621600 Farmers Home Furniture Attn: Corporate Credit Department P.O. Box 1140 Dublin, GA 31040
11614734 First National Collection Bureau 50 W Liberty Street Suite 250 Reno NV 89501−0000
11614729 First Premier Bank Bankruptcy Department P.O. Box 5147 Sioux Falls SD 57117−0000
11614730 Jefferson Capital Systems LLC 16 McLeland Road Saint Cloud MN 56303−0000
11614731 Klarna 18 W 18th Street 9th Floor New York NY 10011−0000
11660524 LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587
11614735 MRS 1930 Olney Avenue Cherry Hill NJ 08003−0000
11614732 Navy Federal Credit Union PO Box 3000 Merrifield VA 22119−0000
11661810 PARAGON CONTRACTING SERVICES LLC PO BOX 1123 MINNEAPOLIS, MN 55440
11614733 Patricia Marsh 15 Lake Drive Cropwell AL 35054−0000

TOTAL: 25