Form Number LR 4001-1 (c) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** Tanisha T. Johnson | } | **Case No.** 25-40591-JRR |
| | } | **Chapter** 13 |
| **Debtor(s)** | } | |

**FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES**

Type of Loan/Credit Transaction: Lease    Date of Loan/Credit Transaction 11/7/2024

Type of Collateral: N/A    Monthly Payment: $1,450.00

Amount Financed: N/A    APR or Interest Rate: N/A

Term of Loan: N/A months or 2 years

Payoff Amount: N/A as of ____ (Date)

Value of Collateral and Basis: N/A (Value) as of ____ (Date) and ____ (Basis)

Address of real property: 549 Fox Run Circle Pell City, AL 35125

Delinquent Pre-Petition Payments:
- What Month(s)? April - May 2026 rent
- Amount? $3,220.00
- Claim filed? ____ Yes ✓ No
- Date claim filed: ____ Claim Number ____

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: 2

Delinquent Post-Petition Payments:
- What Month(s)? July - August 2026 rent
- Amount of mortgage payments? $1,450.00 x 2 = $2,900.00
- Late Charges? $160.00 x 2 - $320.00
- Court Costs / Attorney's fees? $0
- Total Amount Due $6,440.00
- Claim filed? ____ Yes ✓ No
- Date claim filed: ____ Claim Number ____

Number of Post-Petition Payments Received (Not How Applied): N/A
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt: N/A
Number of Post-Petition Payments Returned by Creditor to Debtor: N/A

If Lease, Lease Expiration Date: October 31, 2026
If Terminated, Lease Termination Date: N/A

Insurer of Collateral: N/A
Term of Insurance: ____ (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: ____ Yes ✓ No
If yes, give case number(s) and date(s) of order(s)
Case No.: ____ Date: ____
Case No.: ____ Date: ____
Case No.: ____ Date: ____

Debtor's Statement of Intention: Debtor assumed lease but failed to make rental payments as agreed upon.

Date: August 31, 2026    Submitted by: /s/Norman G. Winston, Jr.
(signature)