# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Tanisha T. Johnson | } | **Case No: 25-40591-JJR13** |
| SSN: XXX-XX-9370 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM DEPUTY NOTES

**Matter(s):** RE: Doc #57; Motion for Relief from Stay filed by Norman Winston, attorney for Atlas Rental Property LLC ag f/Nick Janiga

**Date and Time:** Thursday, October 01, 2026 10:30 AM

**Appearances:** na

**Courtroom Deputy:** Tenina Milner

**Presiding Judge:** JAMES J. ROBINSON

**Court Notes:** Prior to the hearing, the Court was informed that this matter is settled. The attorney for the movant submitted a proposed order which is subject to the Court's review and approval.

The hearing is vacated.

Date Prepared:09/28/2026