**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Tanisha T. Johnson** | ) | |
| | ) | **CASE NUMBER: 25-40591-JJR13** |
| **Debtor.** | ) | |

**JOINT CONSENT ORDER GRANTING MOTION FOR RELIEF**

This matter was set to come before the Court on October 1, 2026, for a hearing on the Motion for Relief from Stay (Doc. No. 57) filed by Atlas Rental Property LLC ag f/Nick Janiga ("Movant"). Prior to the hearing, this Court was advised the matter has been settled. Based on the agreement of the parties, the automatic stay is lifted, and the Movant is hereby allowed to proceed in State Court for possession of the property and file an unsecured claim for any arrearage accrued until date of vacation.

Dated: September 29, 2026

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

Approved by:

/s/Eric Heath Johnson
ERIC HEATH JOHNSON
Attorney for Debtor
5280 Old Springville Road, Ste. 100
Pinson, AL 35126
(205) 205.706.1185

/s/Norman G. Winston, Jr.
NORMAN G. WINSTON, JR.
Attorney for Petitioner
1744 Oxmoor Road
Homewood, AL 35209
(205) 933.2300

**Document prepared by: Norman G. Winston, Jr.**