# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−1 | User: admin | Date Created: 9/29/2026 |
| Case: 25−40591−JJR13 | Form ID: pdfsty | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Linda Baker Gore | noticetrustee@ch13gadsden.com |
| aty | Eric Heath Johnson | ericheathjohnson@ehjattorney.com |
| aty | Kathryn Grafton | kgrafton@chambless−math.com |
| aty | Norman G. Winston, Jr | nwinston@wwjclaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Tanisha T. Johnson 549 Fox Run Circle Pell City, AL 35125 |
| cr | Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |
| cr | Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |
| cr | Atlas Rental Property LLC ag f/Nick Janiga % Winston, Winston, etc. 1744 Oxmoor Road Homewood, AL 35209 |
| 11614724 | Atlas Rental Property 2015 3rd Avenue N Suite 100 Birmingham AL 35203−0000 |

TOTAL: 5